```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
M.T., individually, M.T., on behalf of R.T., A.T.,     :
individually, and A.T., on behalf of R.T.,             :
                    Plaintiffs,                        :
                                                       :       ORDER
v.                                                     :
                                                       :       22 CV 0437 (VB)
ARLINGTON CENTRAL SCHOOL                               :
DISTRICT,                                              :
                    Defendant.                         :
--------------------------------------------------------------x
```

Plaintiff commenced the instant action on January 18, 2022.

On January 25, 2022, plaintiff docketed an affidavit of service indicating service on defendant Arlington Central School District on January 24, 2022. (Doc. #5). Accordingly, defendant had until February 14, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

On January 31, 2022, counsel for defendant filed a notice of appearance. (Doc. #6). However, to date, defendant has not answered, moved, or otherwise responded to the complaint.

Accordingly, by **February 22, 2022**, defendant shall answer, move, or otherwise respond to the complaint, or request an extension of time do so.

Dated: February 15, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge